**Dale C. RAU, Appellant (Plaintiff below),**

v.

**Jean G. RAU, Appellee (Defendant below).**

No. 3659.

Supreme Court of Wyoming.

June 5, 1968.

fee of $300 to be paid by appellant to counsel for appellee.

Affirmed with order for payment by appellant to counsel for appellee of a $300 attorney's fee.

v.

**Ruth Gonder HEMENWAY et al., Appellees (Contestants and defendants below).**

No. 3632.

Supreme Court of Wyoming.

May 28, 1968.

Walter C. Urbigkit, Jr., of McClintock, Mai & Urbigkit, Cheyenne, for appellant.

Paul B. Godfrey, Cheyenne, for appellee.

Before HARNSBERGER, C. J., and GRAY, McINTYRE, and PARKER, JJ.

PER CURIAM.

The judgment is affirmed by an equally divided court.

With respect to the request that the mother be allowed a reasonable attorney's fee for defense of her right to continued custody of her children, while we must not be understood as establishing a precedent for all such cases, under the circumstances present in this appeal, it is considered appropriate to award the mother an attorney's